■ In the Matter of EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Appellant, against SHIRLEY SUGARMAN, Respondent.— In an action to recover under the double indemnity provisions of a policy of life insurance, the appeal is from an order denying appellant's application to change the place of trial of the action from the City Court of the City of New York, County of Kings, to the Supreme Court, Essex County (Civ. Prac. Act, § 189). Order reversed, without costs, and motion granted to the extent of changing the place of trial to the Supreme Court, Queens County, when the action is actually reached for trial on the City Court Calendar. Although appellant does not name its nonprofessional witnesses nor set forth the substance of their proposed testimony, in the light of the qualified consent of respondent and the lack of authority of the City Court to subpoena witnesses from Essex County, where the death occurred, trial should be had in the Supreme Court and "in another county". Wenzel, Acting P. J., Beldock, Murphy, Hallinan and Kleinfeld, JJ., concur.

■ In the Matter of the Probate of the Will of LEUIS GARFINKLE, Deceased. ABRAHAM R. ZALDIN, as Special Guardian for GARY M. PLATZER and Others, Infants, et al., Appellants-Respondents; CLARA ELIANOFF et al., Respondents-Appellants.— In a proceeding to probate a will, the special guardian and a contestant appeal from so much of an order of the Surrogate's Court, Kings County, as denied the special guardian's motion to examine before trial two persons as witnesses, and the proponents appeal from so much of said order as granted said motion to examine a third person as a witness. Order affirmed, with separate bills of $10 costs and disbursements to the appellants-respondents and the respondents-appellants, payable out of the estate. No opinion. Wenzel, Acting P. J., Beldock, Murphy, Hallinan and Kleinfeld, JJ., concur.